IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr56

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> MOHAMMED BACHAR AL KURDI ) <br> ) | ORDER |

**THIS MATTER** is before the Court upon motion of the government for a continuance of the sentencing hearing in this matter from February 4, 2008 in the Charlotte Division. (Doc. No. 12).

For the reasons stated in the government's motion, the Court finds sufficient cause for a continuance in this matter.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing in the above captioned case be continued to a date to be announced by separate notice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: February 1, 2008

Robert J. Conrad, Jr.
Chief United States District Judge